John G. Yslas (SBN 187324)
jyslas@wilshirelawfirm.com
Jeffrey C. Bils (SBN 301629)
jbils@wilshirelawfirm.com
Aram Boyadjian (SBN 334009)
aboyadjian@wilshirelawfirm.com
Andrew Sandoval (SBN 346996)
andrew.sandoval@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOLORES CALDERON and JASON CALDERON, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIO-MEDICAL APPLICATIONS OF MISSION HILLS, INC. DBA FRESENIUS KIDNEY CARE MISSION HILLS, a Delaware corporation; BIO-MEDICAL APPLICATIONS OF CALIFORNIA, INC., a Delaware corporation; FRESENIUS MANAGEMENT SERVICES, INC. DBA FRESENIUS MEDICAL CARE NORTH AMERICA, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No.:  2:23–cv–03382–MEMF–MRW<br><br>[*Assigned to the Hon. Maame Ewusi-Mensah Frimpong*]<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REMANDING ACTION TO STATE COURT**<br><br>Date:    August 24, 2023<br>Time:    10:00 a.m.<br>Courtroom:  8B<br><br>State Action Filed: July 28, 2022<br>State FAC Filed:   April 3, 2023<br>Removal Date:    May 3, 2023<br><br>[*Filed concurrently with: Plaintiffs' Reply in Support of Motion For Order Remanding Action to State Court*]<br><br>Trial date:          Not set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Evidence, 201, Plaintiffs hereby request that the Court take Judicial notice of the existence of the following documents and the contents thereof:

1. **Exhibit A** is a true and correct copy of Jolene Sabrowsky Peters' class action complaint entitled *Peters v. TA Operating, LLC*, *et al*. which was filed in the Superior Court of California, county of San Bernardino, Case No. CIV SB 2216864 on August 31, 2022.

2. **Exhibit B** is a true and correct copy of the January 26, 2023 order granting remand from the Honorable Jesus G. Bernal of the Central District of California in *Peters v. TA Operating, LLC*, *et al.*, Case No. 5:22-cv-01831-JGB-SHK.

3. **Exhibit C** is a true and correct copy of Octavio Agusto Arias' class action complaint entitled *Arias v. The Shyft Group*, *et al*. which was filed in the Superior Court of California, county of Los Angeles, Case No. 22STCV37390 on November 29, 2022.

4. **Exhibit D** is a true and correct copy of the May 17, 2023 order granting remand from the Honorable John F. Walter of the Central District of California in *Arias v. The Shyft Group*, *et al.*, Case No. 2:23-cv-01582-JFW-DFM.

5. **Exhibit E** is a true and correct copy of Raul Frias-Estrada's class action complaint entitled *Frias-Estrada v. Trek Retail Corp., et al*. which was filed in the Superior Court of California, county of Contra Costa, Case No. C20-01916 on September 22, 2020.

6. **Exhibit F** is a true and correct copy of the April 19, 2021 order granting remand from the Honorable Richard Seeborg of the Northern District of California in *Frias-Estrada v. Trek Retail Corp., et al.*, Case No. 3:20-cv- 07471-RS.

Judicial notice may be taken of adjudicative facts, including documents filed and orders or decisions entered in any federal or state court. *See Asdar Group v. Pillsbury, Madison & Sutro* (9th Cir. 1996) 99 F.3d 289, 290, n.1 (district court may properly take judicial notice of court orders); *Neilson v. Union Bank of Cal.*, N.A. (C.D. Cal. 2004) 290 F. Supp. 2d 1101, 1112-15; *Holder v. Holder* (9th Cir. 2002) 305 F.3d 854, 866 (appellate court judicially noticed state appellate opinion and briefs).

///

2
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER REMANDING ACTION TO STATE COURT

| | |
|---|---|
| | Respectfully submitted, |
| Dated: June 23, 2023 | **WILSHIRE LAW FIRM** |
| | By: */s/ John G. Yslas* |
| | John G. Yslas |
| | Attorneys for Plaintiffs |